UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SCOTT DEWAYNE WOLDEN,<br><br>         Defendant. | No. 1:14-cr-00034-AWI<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

☐    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☒    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

DATE:  6/9/2015                                                  /s/ Jennifer L. Thurston
                                                                              U.S. Magistrate Judge